<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-6185**

———————

DARRYL GREEN,

                              Petitioner - Appellant,

        versus

PATRICK CONROY, Warden,

                              Respondent - Appellee.

———————

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Deborah K. Chasanow, District Judge. (CA-02-92-DKC)

———————

Submitted: April 18, 2002          Decided: April 30, 2002

———————

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Darryl Green, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Darryl Green appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint and dismissing without prejudice the complaint insofar as if could be construed as having been filed under 28 U.S.C. § 2241 (1994).  We have reviewed the record and the district court's memorandum and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Green v. Conroy, No. CA-02-92-DKC (D. Md. Jan. 17, 2002).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2